FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREY GERMANOVICH, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CENLAR FSB; LAKEVIEW LOAN SERVICING, LLC; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Defendants. | No. 2:21-CV-00141-SAB<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On November 24, 2021, the Court issued an Order Granting Defendant's Motion to Dismiss, ECF No. 27. In the order, the Court dismissed Plaintiff's Amended Complaint, ECF No. 18, and granted him leave to file a Second Amended Complaint. However, the Court stated "[o]n or before **January 24, 2022**, Plaintiff shall file a Second Amended Complaint. If Plaintiff fails to comply with this Order, the action will be dismissed." ECF No. 27 at 10.

Plaintiff has still not submitted a Second Amended Complaint. Thus, the Court dismisses this action without prejudice.

//

//

//

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED without prejudice** for failure to submit a Second Amended Complaint.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to *pro se* Plaintiff and counsel, and **close** the file.

**DATED** this 26th day of January 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** # 2